TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00672-CR

Tracey Kristin Carroll, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF HARRIS COUNTY, 176TH JUDICIAL DISTRICT

NO. 800,688, HONORABLE BRIAN RAINS, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: November 30, 1999

Do Not Publish